

# CHRIS DANIEL <span>01-15-00494-CR</span>

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 7:33:04 AM
CHRISTOPHER A. PRINE
Clerk

May 19, 2015

DONALD WAYNE HEROD
PRO SE #1538539
3001 SOUTH EMILY DRIVE
BEEVILLE, TX 78102

Defendant's Name: DONALD WAYNE HEROD

Cause No: 0677275

Court: COUNTY CRIMINAL COURT AT LAW #2

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal on Writ of Habeas Corpus filed: 5/11/15 Ruling Made: 4/21/15
Court of Appeals Assignment: First Court of Appeals
Appeal Attorney of Record: PRO SE**

Sincerely,

Leslie Charles
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

13/9916   CAUSE NO# 0677275

FILE W/ CASE
W7H 5-12-2015

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 MAY 11 AM 10: 25
MAIL PROCESSING DEPUTY C

DONALA WAYNE HEROD      § IN COUNTY CRIMINAL
#1538539               §
                       § COURT OF LAW
                       §
VS.                    § COURT #2
                       §
THE STATE OF TEXAS     §

NOTICE OF APPEAL

COMES NOW DONALD WAYNE HEROD #1538539, HEREBY APPEALING THE COURTS FINAL DECISION FROM COUNTY CRIMINAL COURT NO 2 DENIAL APPLICATION OF ARTICLE 11.073 WRIT OF HABEAS CORPUS ON THE APRIL 21ST, 2015. SUCH APPEAL IS TAKEN IN 14TH COURT OF APPEALS

EXECUTED ON THIS THE 29TH DAY OF APRIL, 2015

RESPECTFULLY SUBMITTED,

Donald Wayne Herod
DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

Donald Wayne Herod #1538539
Mc Connell Unit
3001 South Emily Drive
Beeville, Tx. 78102

HARRIS County DISTRICT CLERK
P.O. Box 4651
Houston, Tx. 77210-4651

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
29 APR 2015 PM 3 L

FOREVER

77210465151

Cause No. _067275_

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| V. _Donald Wayne Herod_ | §<br>§ | COURT AT LAW NO. _2_<br>HARRIS COUNTY, TEXAS |

## Trial Court's Certification of Defendant's Right of Appeal

I, Judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____        _5/13/15_
**Judge Presiding**                              **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_Defendant is Unavailable_
**Defendant**

_McConnell Unit_

Mailing address:
_3001 South Emily Drive_

Telephone number:
_Beeville, Tx 78102_

Fax number (if any):

_____
**Defendant's Counsel**

Mailing address:

**FILED**

Telephone: Chris Daniel
District Clerk

MAY 1 3 2015

Time: number (if any):

Harris County, Texas

By_____

State Bar of Texas ID Number

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 11/1/07

**ORIGINAL**

# APPEAL CARD

Application for a Writ of 1st½
Habeas Corpus

Court 2     5-30-15   Cause No. 0677275

### The State of Texas
### Vs

Donald Wayne Herod
5-18-45

Date Notice
Of Appeal: 5-11-15

Presentation:              Vol._____ Pg._____

Judgment:                  Vol._____ Pg._____

Judge Presiding  William T. Harmon

Court Reporter _____

Court Reporter _____

Court Reporter _____

Attorney
on Trial  N/A

Attorney
on Appeal  Prose

Appointed_____ Hired_____

Offense  Writ of Habeas Corpus

Jury Trial          Yes_____ No ✓

Punishment
Assessed  N/A

Companion Cases
(If Known)  N/A

Amount of
Appeal Bond  N/A

Appellant
Confined:      Yes ✓ No_____

Date Submitted
To Appeal Section  MAY 15 2015

Deputy Clerk  Billee P. Brown